UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE BALLARD,

        Plaintiff,                      Civil Action No. 13-CV-14662

v.                                     Honorable Patrick J. Duggan

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On November 10, 2013, Plaintiff filed this lawsuit challenging the final decision of the Commissioner denying Plaintiff's application for disability insurance benefits. On February 19, 2014, Plaintiff filed a motion for summary judgment. On April 21, 2014, Defendant filed a motion for summary judgment. The Court referred both motions to Magistrate Judge Patricia T. Morris for all pretrial proceedings.

On October 29, 2014, Magistrate Judge Morris issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment. At the

conclusion of the R&R, Magistrate Judge Morris advises the parties that they may object and seek review of the R&R within 14 days of service upon them. R&R at 25 (ECF No. 12 Page ID 527). She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." *Id.* Neither party has filed objections to the R&R, and the time to do so has expired.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge. The Court therefore adopts the Magistrate Judge's R&R. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

Dated: November 26, 2014         s/PATRICK J. DUGGAN
                                 UNITED STATES DISTRICT JUDGE

Copies to:

Richard J. Doud, Esq.
Derri T. Thomas, Esq.